UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                      CASE NO: 2:14-cr-33-FtM-38CM

JUAN ANTONIO LOBOS MARTINES

---

**ORDER**

This matter comes before the Court on Unopposed Motion to Advance Sentencing (Doc. #26) filed on August 6, 2014.  Defense Counsel moves the Court to advance the sentencing date currently scheduled for September 8, 2014.  As grounds, Counsel indicates that the Pre-sentence Report is prepared by Probation and the Defendant does not have any objections.  The Pre-sentence Report reflects a sentencing range of 1-7 months.  Defendant has been in custody since April 22, 2014 and is ready for sentencing.  The Government does not object to the relief requested.  The Court, having considered the motion, finds good cause and will advance the sentencing date as outlined below.

Accordingly, it is now **ORDERED:**

Unopposed Motion to Advance Sentencing (Doc. 26) is **GRANTED**.  The Sentencing hearing shall be rescheduled to August 28, 2014 at 9:30 A.M.  The Clerk is directed to issue a notice of rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this August 12, 2014.

*[Signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record